UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA FIORE and <br> DAVID FIORE, as Parent and Next Friend <br> of JOHN FIORE, a Minor, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 25-CV-11510 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiffs, CASSANDRA FIORE and DAVID FIORE, as Parent and Next Friend of JOHN FIORE, a Minor, by and through their attorneys, Zayed Law Offices, and for the Complaint against the Defendant, UNITED STATES OF AMERICA, states as follows:

### INTRODUCTION

1. The Plaintiffs, CASSANDRA FIORE and DAVID FIORE, as Parent and Next Friend of JOHN FIORE, a Minor, brings this Complaint at Law against the Defendant, United States of America, pursuant to the Federal Tort Claims Act ("FTCA") as set forth in 28 U.S.C. § 1346(b).

2. In accordance with 28 U.S.C. § 2675, the Plaintiffs presented their claims to the United States Postal Service and had the claims denied when the agency failed to make a final disposition within six months after the claims were filed. *See* Exhibit A (Administrative Complaint) and Exhibit B (Certified Mail Receipt). 28 U.S.C. § 2675.

3. At all relevant times, Zachary M. Partridge was acting in the scope of his employment as an agent, apparent agent, and/or employee of the United States Postal Service.

1

4. The Defendant is sued for personal injuries and damages caused by the negligent acts and/or omissions of the aforesaid agent, apparent agent, and/or employee, Zachary M. Partridge.

5. The Defendant is liable in the same manner and to the same extent as the aforementioned entities and/or individuals. 28 U.S.C. § 2674.

6. The Plaintiffs' tort claims are timely because the United States Postal Service failed to make a final disposition of the Plaintiffs' claims within six months after the claims were filed. 28 U.S.C. § 2675.

## JURISDICTION AND VENUE

7. This Court has jurisdiction over this claim against the United States of America for money damages pursuant to 28 U.S.C. § 1346(b)(1).

8. Venue is proper because the acts or omissions complained of occurred in Kendall County, Illinois. 28 U.S.C. § 1402.

## COUNT I – NEGLIGENCE

9. Plaintiff, Cassandra Fiore, restates and incorporates paragraphs one through eight as set forth as paragraphs one through eight of Count I.

10. That on or about October 25, 2023, Plaintiff, Cassandra Fiore, was a passenger in motor vehicle operated by John Fiore that was traveling eastbound on Washington Street/Route 34, at or near the intersection with Route 31, in Oswego, Illinois.

11. That on or about October 25, 2023, the intersection of Washington Street/Route 34 and Route 31 in Oswego, Illinois, was controlled by a traffic device.

12. That on or about October 25, 2023, and at all times relevant, the traffic light for eastbound and westbound traffic on Washington Street/Route 34, at or near the intersection with Route 31, in Oswego, Illinois was green.

13. That on or about October 25, 2023, the Defendant, by and through its agent, apparent agent, and/or employee, Zachary M. Partridge, operated a United States Postal Service vehicle westbound on Washington Street/Route 34, at or near the intersection with Route 31, in Oswego, Illinois.

14. That a collision occurred when the United States Postal Service vehicle being operated by Zachary M. Partridge attempted to turn left in front of the vehicle operated by John Fiore.

15. That on October 25, 2023, the Defendant, by and through its agent, apparent agent, and/or employee, Zachary M. Partridge, owed a duty to the Plaintiff, Cassandra Fiore, to exercise reasonable care in the operation of the United States Postal Service vehicle.

16. That at the aforesaid time and place, the Defendant, by and through its agent, apparent agent, and/or employee, Zachary M. Partridge, breached that duty and was negligent in one or more of the following respects:

    a. Failed to maintain proper control of his vehicle;

    b. Failed to keep a proper lookout;

    c. Failed to yield the right-of-way;

    d. Failed to stay in his lane of traffic;

    e. Was driving too fast for conditions;

    f. Failed to yield to oncoming traffic;

    g. Failed to ensure the intersection was clear of any oncoming traffic that had the right-of-way.

17. That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions, the Plaintiff, Cassandra Fiore, has suffered injuries of a permanent, personal, and pecuniary nature.

WHEREFORE, the Plaintiff, Cassandra Fiore, demands judgment against the Defendant, United States of America, for a sum in excess of the jurisdictional limit of this Court.

## COUNT II – NEGLIGENCE

9. Plaintiff, Cassandra Fiore, restates and incorporates paragraphs one through eight as set forth as paragraphs one through eight of Count II.

10. That on or about October 25, 2023, Plaintiff, David Fiore, as Parent and Next Friend of John Fiore, was operating a motor vehicle traveling eastbound on Washington Street/Route 34, at or near the intersection with Route 31, in Oswego, Illinois.

11. John Fiore was born on August 17, 2008, and is a minor.

12. David Fiore is the biological father of John Fiore.

13. That on or about October 25, 2023, the intersection of Washington Street/Route 34 and Route 31 in Oswego, Illinois, was controlled by a traffic device.

14. That on or about October 25, 2023, and at all times relevant, the traffic light for eastbound and westbound traffic on Washington Street/Route 34, at or near the intersection with Route 31, in Oswego, Illinois was green.

15. That on or about October 25, 2023, the Defendant, by and through its agent, apparent agent, and/or employee, Zachary M. Partridge, operated a United States Postal Service vehicle westbound on Washington Street/Route 34, at or near the intersection with Route 31, in Oswego, Illinois.

16. That a collision occurred when the United States Postal Service vehicle being operated by Zachary M. Partridge attempted to turn left in front of the vehicle operated by Plaintiff, David Fiore, as Parent and Next Friend of John Fiore.

17. That on October 25, 2023, the Defendant, by and through its agent, apparent agent, and/or employee, Zachary M. Partridge, owed a duty to the Plaintiff, David Fiore, as Parent and Next Friend of John Fiore, to exercise reasonable care in the operation of the United States Postal Service vehicle.

18. That at the aforesaid time and place, the Defendant, by and through its agent, apparent agent, and/or employee, Zachary M. Partridge, breached that duty and was negligent in one or more of the following respects:

    a. Failed to maintain proper control of his vehicle;

    b. Failed to keep a proper lookout;

    c. Failed to yield the right-of-way;

    d. Failed to stay in his lane of traffic;

    e. Was driving too fast for conditions;

    f. Failed to yield to oncoming traffic;

    g. Failed to ensure the intersection was clear of any oncoming traffic that had the right-of-way.

19. That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions, the Plaintiff, David Fiore, as Parent and Next Friend of John Fiore, has suffered injuries of a permanent, personal, and pecuniary nature.

WHEREFORE, the Plaintiff, David Fiore, as Parent and Next Friend of John Fiore, demands judgment against the Defendant, United States of America, for a sum in excess of the jurisdictional limit of this Court.

Respectfully submitted,

By: _____
One of the Attorneys for the Plaintiffs

Brian G. White – 6301171
Zayed Law Offices
195 Springfield Ave.
Joliet, IL 60435
(T) 815.726.1616
(F) 815.726.1779
service@zayedlaw.com
bwhite@zayedlaw.com